THEODORE C. DE KANTERS, Appellant, v. GEORGE H. BURR and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAMUEL R. CORBITT, Appellant, v. TRANSPORTATION SHARES, INC., and WILLARD H. COBB, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to serve a further amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

FRANK D. DUFFIELD, Respondent, v. LAWSON & MACMURRAY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

SAM L. HOUSTON, Administrator, etc., of the Estate of HENRY M. HOUSTON, Deceased, Appellant, v. TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

In the Matter of the Arbitration between IRVING K. FABRICAND and F. EUGENE NORTZ and DAVID E. FROMM, Copartners, etc. IRVING K. FABRICAND, Respondent; F. EUGENE NORTZ and DAVID E. FROMM, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DAVID ABOUDI, Respondent, v. GREAT AMERICAN INSURANCE COMPANY, NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

DONALD JACOB, an Infant, etc., by THEODORE JACOB, His Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Merrell and O'Malley, JJ., dissent.

RACON ELECTRIC CO., INC., Appellant, v. MACY MANUFACTURING CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of J. MONTGOMERY STRONG, Respondent, for a Certiorari Order against BERNE A. PYRKE, Commissioner of Department of Agriculture and Markets, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

BENJAMIN L. WEIL, Appellant, v. ELLINDA CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

L. GETRAER & CO., INC., Respondent, v. SCHONEBERGER & NOBLE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JOHN RAABE, Respondent, v. PETER S. DUFFY, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.